**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

**TAMMY ROHRBACHER**          )
                              )          **Case Number: 09-1565**
            **Plaintiff**     )
                              )          **CIVIL COMPLAINT**
         **vs.**              )
                              )
**COLLECTCORP**               )
**CORPORATION**               )          **JURY TRIAL DEMANDED**
                              )
            **Defendant**     )
_____)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiff, TAMMY ROHRBACHER, pursuant to

Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the

action captioned above, with prejudice.

BY: */s/ Brent F. Vullings*
        Brent F. Vullings, Esquire
        Attorney for Plaintiff
        Attorney I.D. #92344
        Warren & Vullings, LLP
        1603 Rhawn Street
        Philadelphia, PA  19111
        215-745-9800